IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JANIE LIVINGSTON and                                                             PLAINTIFFS
TERESSA BARNES

v.                          Case No. 5:19-cv-00044-LPR

THE PROGRESSIVE ELDERCARE
SERVICES-CLEVELAND, INC. d/b/a
THE GREENHOUSE COTTAGES OF
SOUTHERN HILLS                                                    DEFENDANT

## JUDGMENT

Pursuant to the Consolidated Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Defendant and against Plaintiffs. This case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 28th day of May 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE